**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 07-06247-EW |
| | § | |
| 270-280 90 LLC | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/06/2007. The undersigned trustee was appointed on 04/06/2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $27,111.42

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $26,476.70 |
    | Bank service fees | $13.69 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $621.03 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/05/2007 and the deadline for filing government claims was 09/05/2007. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,461.14. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,461.14, for a total compensation of $3,461.14[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/01/2017                           By:   /s/ David R. Herzog
                                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit A

| Case No.: | 07-06247-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | LLC, 270-280 90 | Date Filed (f) or Converted (c): | 04/06/2007 (f) |
| For the Period Ending: | 11/1/2017 | §341(a) Meeting Date: | 05/29/2007 |
| | | Claims Bar Date: | 09/05/2007 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 Commercial Condominium Building | $1,000,000.00 | $0.00 | | $16,358.93 | FA |
| 2 Centier Bank Acct # 11188909 | $1,409.83 | $0.00 | | $0.00 | FA |
| 3 Tax refund deposit (u) | $10,725.21 | $10,725.21 | | $10,725.21 | FA |
| INT Interest Earned (u) | Unknown | Unknown | | $27.28 | FA |

**TOTALS (Excluding unknown value)**             **Gross Value of Remaining Assets**

$1,012,135.04     $10,725.21     $27,111.42     $0.00

**Major Activities affecting case closing:**
07/26/2017    Related to and administered jointly with Ungar-Sargon 06-08108

**Initial Projected Date Of Final Report (TFR):** 12/31/2009     **Current Projected Date Of Final Report (TFR):** 09/30/2017     /s/ DAVID R. HERZOG

DAVID R. HERZOG

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-06247-EW | | Trustee Name: | David R. Herzog |
|---|---|---|---|---|
| Case Name: | LLC, 270-280 90 | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***3939 | | Money Market Acct #: | ******5865 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 4/6/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/1/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********5865 | Wire in from JPMorgan Chase Bank, N.A. account ********5865 | 9999-000 | $638.33 | | $638.33 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.03 | | $638.36 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.03 | | $638.39 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.04 | | $638.43 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.04 | | $638.47 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.03 | | $638.50 |
| 02/14/2011 | 11008 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2011 FOR CASE #07-06247 | 2300-000 | | $0.54 | $637.96 |
| 11/07/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $637.96 | $0.00 |
| | | | TOTALS: | | $638.50 | $638.50 | $0.00 |
| | | | Less: Bank transfers/CDs | | $638.33 | $637.96 | |
| | | | Subtotal | | $0.17 | $0.54 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.17 | $0.54 | |

| For the period of 4/6/2007 to 11/1/2017 | | For the entire history of the account between 04/06/2010 to 11/1/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.17 | Total Compensable Receipts: | $0.17 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.17 | Total Comp/Non Comp Receipts: | $0.17 |
| Total Internal/Transfer Receipts: | $638.33 | Total Internal/Transfer Receipts: | $638.33 |
| | | | |
| Total Compensable Disbursements: | $0.54 | Total Compensable Disbursements: | $0.54 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.54 | Total Comp/Non Comp Disbursements: | $0.54 |
| Total Internal/Transfer Disbursements: | $637.96 | Total Internal/Transfer Disbursements: | $637.96 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-06247-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | LLC, 270-280 90 | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3939 | Checking Acct #: | ******0046 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/6/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/1/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2011 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $637.96 | | $637.96 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.03 | $636.93 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.03 | $635.90 |
| 03/14/2012 | 5001 | International Sureties | Bond Payment | 2300-000 | | $0.52 | $635.38 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.02 | $634.36 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.02 | $633.34 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.02 | $632.32 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.02 | $631.30 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.02 | $630.28 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.01 | $629.27 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.02 | $628.25 |
| 03/28/2013 | 5002 | International Sureties | Bond Payment | 2300-000 | | $1.13 | $627.12 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.01 | $626.11 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $0.97 | $625.14 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.00 | $624.14 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $0.97 | $623.17 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $613.17 |
| 09/05/2013 | | Bank of Texas | Reverse Bank Fee | 2600-000 | | ($10.00) | $623.17 |
| 04/02/2014 | 5003 | International Sureties | Bond Payment | 2300-000 | | $0.56 | $622.61 |
| 03/20/2015 | 5004 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $0.45 | $622.16 |
| 03/16/2016 | 5005 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $0.34 | $621.82 |
| 02/16/2017 | 5006 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $0.23 | $621.59 |
| 02/16/2017 | 5006 | VOID: Arthur B. Levine Company | Bond payment - void improper allocation | 2300-003 | | ($0.23) | $621.82 |
| 02/16/2017 | 5007 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $0.24 | $621.58 |
| 09/15/2017 | | Green Bank | Transfer Funds | 9999-000 | | $621.58 | $0.00 |
| | | | **SUBTOTALS** | | $637.96 | $637.96 | |

Page No: 3 Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-06247-EW | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | LLC, 270-280 90 | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3939 | Checking Acct #: | ******0046 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/6/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/1/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $637.96 | $637.96 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $637.96 | $621.58 | |
| | | | **Subtotal** | | $0.00 | $16.38 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $16.38 | |

**For the period of 4/6/2007 to 11/1/2017**

| | |
| --- | --- |
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $637.96 |
| | |
| Total Compensable Disbursements: | $16.38 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16.38 |
| Total Internal/Transfer Disbursements: | $621.58 |

**For the entire history of the account between 11/07/2011 to 11/1/2017**

| | |
| --- | --- |
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $637.96 |
| | |
| Total Compensable Disbursements: | $16.38 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16.38 |
| Total Internal/Transfer Disbursements: | $621.58 |

**FORM 2** Page No: 4 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-06247-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | LLC, 270-280 90 | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3939 | Checking Acct #: | ******4701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 4/6/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/1/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/15/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $621.58 | | $621.58 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.55 | $621.03 |
| | | | **TOTALS:** | | $621.58 | $0.55 | $621.03 |
| | | | Less: Bank transfers/CDs | | $621.58 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.55 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.55 | |

For the period of 4/6/2007 to 11/1/2017

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $621.58 |
| | |
| Total Compensable Disbursements: | $0.55 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.55 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 09/15/2017 to 11/1/2017

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $621.58 |
| | |
| Total Compensable Disbursements: | $0.55 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.55 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 5    Exhibit B

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 07-06247-EW | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | LLC, 270-280 90 | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3939 | Money Market Acct #: | ******5865 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 4/6/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/1/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/27/2007 | (3) | Ticor Title Insurance Company | Proceeds sale of 270-280 East 90th Drive | 1224-000 | $10,725.21 | | $10,725.21 |
| 01/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | $4.72 | | $10,729.93 |
| 02/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | $2.20 | | $10,732.13 |
| 02/29/2008 | | JP MORGAN CHASE | Federal Withholding | 2810-000 | | $0.61 | $10,731.52 |
| 03/12/2008 | 1001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-06247 | 2300-000 | | $8.99 | $10,722.53 |
| 03/12/2008 | 1001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-06247 | 2300-003 | | ($8.99) | $10,731.52 |
| 03/12/2008 | 1002 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-06247 | 2300-000 | | $7.86 | $10,723.66 |
| 03/12/2008 | 1002 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-06247 | 2300-003 | | ($7.86) | $10,731.52 |
| 03/12/2008 | 1003 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-06247 | 2300-000 | | $7.86 | $10,723.66 |
| 03/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $1.99 | | $10,725.65 |
| 03/31/2008 | | JP MORGAN CHASE | Federal Withholding | 2810-000 | | $0.55 | $10,725.10 |
| 04/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $1.49 | | $10,726.59 |
| 04/30/2008 | | JPMorgan Chase | Federal Interest Withheld | 2810-000 | | $0.41 | $10,726.18 |
| 05/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $1.34 | | $10,727.52 |
| 06/27/2008 | (1) | 270-280 East 90 LLC | Fund remaining in Debtor's Centier Account | 1110-000 | $16,358.93 | | $27,086.45 |
| 06/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $1.36 | | $27,087.81 |
| 07/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $3.44 | | $27,091.25 |
| 08/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $3.22 | | $27,094.47 |
| 09/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $3.55 | | $27,098.02 |
| 10/20/2008 | 1004 | Bell, Boyd & Lloyd, LLP | Compensation pursuant to court order 12/23/08 (in lead case 06-08108) | 3210-000 | | $22,958.80 | $4,139.22 |
| 10/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | $2.12 | | $4,141.34 |
| 11/28/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | $0.32 | | $4,141.66 |

                                                    **SUBTOTALS**      $27,109.89      $22,968.23

**FORM 2** Page No: 6 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-06247-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | LLC, 270-280 90 | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3939 | Money Market Acct #: | ******5865 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 4/6/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/1/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.29 | | $4,141.95 |
| 01/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.16 | | $4,142.11 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.15 | | $4,142.26 |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.18 | | $4,142.44 |
| 04/14/2009 | 1005 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/14/2009 FOR CASE #07-06247 | 2300-000 | | $4.17 | $4,138.27 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.16 | | $4,138.43 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.16 | | $4,138.59 |
| 06/11/2009 | 1006 | K&L Gates LLP | Partial compensation per order date 4/8/09 (in lead case 06-08108) | 3210-000 | | $3,500.00 | $638.59 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.08 | | $638.67 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.02 | | $638.69 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.02 | | $638.71 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.02 | | $638.73 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.02 | | $638.75 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.02 | | $638.77 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.02 | | $638.79 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.02 | | $638.81 |
| 02/08/2010 | 1007 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2010 FOR CASE #07-06247 | 2300-000 | | $0.52 | $638.29 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.02 | | $638.31 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.02 | | $638.33 |
| 04/06/2010 | | Wire out to BNYM account ********5865 | Wire out to BNYM account ********5865 | 9999-000 | ($638.33) | | $0.00 |

SUBTOTALS ($636.97) $3,504.69

Page No: 7     Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-06247-EW | Trustee Name: | David R. Herzog |
|---|---|---|---|
| Case Name: | LLC, 270-280 90 | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3939 | Money Market Acct #: | ******5865 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 4/6/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/1/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $26,472.92 | $26,472.92 | $0.00 |
| | | | Less: Bank transfers/CDs | | ($638.33) | $0.00 | |
| | | | **Subtotal** | | $27,111.25 | $26,472.92 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $27,111.25 | $26,472.92 | |

| For the period of 4/6/2007 to 11/1/2017 | | For the entire history of the account between 12/27/2007 to 11/1/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $27,111.25 | Total Compensable Receipts: | $27,111.25 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,111.25 | Total Comp/Non Comp Receipts: | $27,111.25 |
| Total Internal/Transfer Receipts: | ($638.33) | Total Internal/Transfer Receipts: | ($638.33) |
| | | | |
| Total Compensable Disbursements: | $26,472.92 | Total Compensable Disbursements: | $26,472.92 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26,472.92 | Total Comp/Non Comp Disbursements: | $26,472.92 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 8                                                                                                                    Exhibit B

| Case No. | 07-06247-EW | Trustee Name: | David R. Herzog |
| --- | --- | --- | --- |
| Case Name: | LLC, 270-280 90 | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | **-***3939 | Money Market Acct #: | ******5865 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Money Market Account |
| For Period Beginning: | 4/6/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/1/2017 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
|  |  | $27,111.42 | $26,490.39 | $621.03 |

**For the period of 4/6/2007 to 11/1/2017**

| Total Compensable Receipts: | $27,111.42 |
| --- | --- |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,111.42 |
| Total Internal/Transfer Receipts: | $1,259.54 |
| Total Compensable Disbursements: | $26,490.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26,490.39 |
| Total Internal/Transfer Disbursements: | $1,259.54 |

**For the entire history of the case between 04/06/2007 to 11/1/2017**

| Total Compensable Receipts: | $27,111.42 |
| --- | --- |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,111.42 |
| Total Internal/Transfer Receipts: | $1,259.54 |
| Total Compensable Disbursements: | $26,490.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26,490.39 |
| Total Internal/Transfer Disbursements: | $1,259.54 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG

# CLAIM ANALYSIS REPORT

| Case No. | 07-06247-EW | | | Trustee Name: | David R. Herzog |
| Case Name: | LLC, 270-280 90 | | | Date: | 11/1/2017 |
| Claims Bar Date: | 09/05/2007 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID R. HERZOG 77 W. Washington Street Suite 1400 Chicago IL 60602 | 08/08/2017 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,461.14 | $3,461.14 | $0.00 | $0.00 | $0.00 | $3,461.14 |
| | K & L GATES LLP | 06/11/2009 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $0.00 | $0.00 | $0.00 |
| | BELL, BOYD & LLOYD LLP | 10/20/2008 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $22,958.80 | $22,958.80 | $22,958.80 | $22,958.80 | $0.00 | $0.00 | $0.00 |
| 1 | ZIONS FIRST NATIONAL BANK Jeremy Downs Goldberg Kohn 55 East Monroe Suite 3300 Chicago IL 60603 | 08/29/2007 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $729,813.89 | $729,813.89 | $0.00 | $0.00 | $0.00 | $729,813.89 |
| 2 | EASTERN COURT CO-OWNERS ASSOCIATION 300 East 90th Drive Merrillville IN 46410 | 09/04/2007 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $4,662.69 | $4,662.69 | $0.00 | $0.00 | $0.00 | $4,662.69 |
| 3 | EASTERN COURT CO-OWNERS ASSOCIATION 300 East 90th Drive Merrillville IN 46410 | 09/05/2007 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $764,396.52 | $764,396.52 | $26,458.80 | $0.00 | $0.00 | | $737,937.72 |

**Claim Notes:** Duplicate of Claim #2

CLAIM ANALYSIS REPORT

Page No: 2     Exhibit C

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 07-06247-EW | | | **Trustee Name:** | David R. Herzog | |
| **Case Name:** | LLC, 270-280 90 | | | **Date:** | 11/1/2017 | |
| **Claims Bar Date:** | 09/05/2007 | | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Fees (Other Firm) | $26,458.80 | $26,458.80 | $26,458.80 | $0.00 | $0.00 | $0.00 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $734,476.58 | $734,476.58 | $0.00 | $0.00 | $0.00 | $734,476.58 |
| Trustee Compensation | $3,461.14 | $3,461.14 | $0.00 | $0.00 | $0.00 | $3,461.14 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 07-06247-EW
Case Name: 270-280 90 LLC
Trustee Name: David R. Herzog

Balance on hand: $621.03

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Zions First National Bank | $729,813.89 | $729,813.89 | $0.00 | $0.00 |
| 2 | Eastern Court Co-Owners Association | $4,662.69 | $4,662.69 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $621.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David R. Herzog, Trustee Fees | $3,461.14 | $0.00 | $621.03 |
| Bell, Boyd & Lloyd, LLP, Attorney for Trustee Fees | $22,958.80 | $22,958.80 | $0.00 |
| Other: K&L Gates LLP, Attorney for Trustee Fees | $3,500.00 | $3,500.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses: $621.03
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**