**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| 270-280 EAST 90, LLC | ) | Case No. 07-06247 |
| | ) | |
| Debtor. | ) | Hon. Deborah L. Thorne |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of the U.S. Bankruptcy Court
    219 South Dearborn Street, Suite 613
    Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    A hearing on the fee applications and any objection to the Final Report will be held on January 25, 2018, at 10:00 a.m., before the Honorable Deborah Thorne, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 613, Chicago, IL 60604.


Date Mailed:                                                                      By:  /s/   David R. Herzog
                                                                                               Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1400
Chicago, IL 60602

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 07-06247-DLT
270-280 East 90, LLC                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen              Page 1 of 1              Date Rcvd: Dec 21, 2017
                              Form ID: pdf006           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.
db         +270-280 East 90, LLC,    270 East 90th Drive,   Merrillville, IN 46410-8102
aty        +Stephen R Place,    300 East 90th Drive,   Merrillville, IN 46410-7188
11372955   +Eastern Court Co-Owners Association,    300 East 90th Drive,   Merrillville, IN 46410-7188
11577590   +Zions First National Bank,    Jeremy Downs,   Goldberg Kohn,   55 East Monroe,   Suite 3300,
             Chicago, IL 60603-5800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:
              Beverly A Berneman    on behalf of Debtor 1   270-280 East 90, LLC baberneman@gct.law,
               mperez@gct.law;myproductionss@gmail.com;tstephenson@gct.law;aleon@gct.law
              David R Herzog    drhlaw@mindspring.com,
               herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
              David R Herzog    on behalf of Trustee David R Herzog drhlaw@mindspring.com,
               herzogschwartz@gmail.com;il59@ecfcbis.com;drh@trustesolutions.net
              James E. Morgan    on behalf of Trustee David R Herzog jem@h2law.com,
               smckinney@howardandhoward.com
              Neal H Levin    on behalf of Trustee David R Herzog nhlevin@freeborn.com,
               kpaige@freeborn.com;bkdocketing@freeborn.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Sven T Nylen    on behalf of Trustee David R Herzog sven.nylen@klgates.com
              Sven T Nylen    on behalf of Debtor 1   270-280 East 90, LLC sven.nylen@klgates.com
                                                                                             TOTAL: 8