**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 07-06247-EW |
| | § | |
| 270-280 90 LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David R. Herzog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $1,409.83 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $27,111.42 | | |

3) Total gross receipts of $27,111.42 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $27,111.42 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $734,476.58 | $734,476.58 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $29,951.53 | $29,951.53 | $27,111.42 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Disbursements** | $0.00 | $764,428.11 | $764,428.11 | $27,111.42 |

4). This case was originally filed under chapter 7 on 04/06/2007. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/01/2018 By: /s/ David R. Herzog
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Commercial Condominium Building | 1110-000 | $16,358.93 |
| Tax refund deposit | 1224-000 | $10,725.21 |
| Interest Earned | 1270-000 | $27.28 |
| **TOTAL GROSS RECEIPTS** | | $27,111.42 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Zions First National Bank | 4110-000 | $0.00 | $729,813.89 | $729,813.89 | $0.00 |
| 2 | Eastern Court Co-Owners Association | 4110-000 | $0.00 | $4,662.69 | $4,662.69 | $0.00 |
| 3 | Eastern Court Co-Owners Association | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $734,476.58 | $734,476.58 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog, Trustee | 2100-000 | NA | $3,461.14 | $3,461.14 | $621.03 |
| Arthur B. Levine Company | 2300-000 | NA | $1.03 | $1.03 | $1.03 |
| INTERNATIONAL SURETIES | 2300-000 | NA | $15.30 | $15.30 | $15.30 |
| Bank of Texas | 2600-000 | NA | $13.14 | $13.14 | $13.14 |
| Green Bank | 2600-000 | NA | $0.55 | $0.55 | $0.55 |
| JP MORGAN CHASE | 2810-000 | NA | $1.16 | $1.16 | $1.16 |
| JPMorgan Chase | 2810-000 | NA | $0.41 | $0.41 | $0.41 |
| Bell, Boyd & Lloyd, LLP, Attorney for Trustee | 3210-000 | NA | $22,958.80 | $22,958.80 | $22,958.80 |
| K&L Gates LLP, | 3210-000 | NA | $3,500.00 | $3,500.00 | $3,500.00 |

| Attorney for Trustee | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $29,951.53 | $29,951.53 | $27,111.42 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**
NONE

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



**Case No.:** 07-06247-EW
**Case Name:** LLC, 270-280 90
**For the Period Ending:** 3/1/2018

**Trustee Name:** David R. Herzog
**Date Filed (f) or Converted (c):** 04/06/2007 (f)
**§341(a) Meeting Date:** 05/29/2007
**Claims Bar Date:** 09/05/2007

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Commercial Condominium Building | $1,000,000.00 | $0.00 | | $16,358.93 | FA |
| 2 | Centier Bank Acct # 11188909 | $1,409.83 | $0.00 | | $0.00 | FA |
| 3 | Tax refund deposit **(u)** | $10,725.21 | $10,725.21 | | $10,725.21 | FA |
| INT | Interest Earned **(u)** | Unknown | Unknown | | $27.28 | FA |
| | **TOTALS (Excluding unknown value)** | **$1,012,135.04** | **$10,725.21** | | **$27,111.42** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

07/26/2017 Related to and administered jointly with Ungar-Sargon 06-08108

**Initial Projected Date Of Final Report (TFR):** 12/31/2009 **Current Projected Date Of Final Report (TFR):** 09/30/2017

/s/ DAVID R. HERZOG

DAVID R. HERZOG

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 07-06247-EW
**Case Name:** LLC, 270-280 90
**Primary Taxpayer ID #:** **-***3939
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 4/6/2007
**For Period Ending:** 3/1/2018

**Trustee Name:** David R. Herzog
**Bank Name:** The Bank of New York Mellon
**Money Market Acct #:** ******5865
**Account Title:** Money Market Account
**Blanket bond (per case limit):** $5,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********5865 | Wire in from JPMorgan Chase Bank, N.A. account ********5865 | 9999-000 | $638.33 | | $638.33 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.03 | | $638.36 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.03 | | $638.39 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.04 | | $638.43 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.04 | | $638.47 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.03 | | $638.50 |
| 02/14/2011 | 11008 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2011 FOR CASE #07-06247 | 2300-000 | | $0.54 | $637.96 |
| 11/07/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $637.96 | $0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $638.50 | $638.50 | $0.00 |
| **Less: Bank transfers/CDs** | $638.33 | $637.96 | |
| **Subtotal** | $0.17 | $0.54 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.17 | $0.54 | |

**For the period of 4/6/2007 to 3/1/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.17 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.17 |
| Total Internal/Transfer Receipts: | $638.33 |
| | |
| Total Compensable Disbursements: | $0.54 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.54 |
| Total Internal/Transfer Disbursements: | $637.96 |

**For the entire history of the account between 04/06/2010 to 3/1/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.17 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.17 |
| Total Internal/Transfer Receipts: | $638.33 |
| | |
| Total Compensable Disbursements: | $0.54 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.54 |
| Total Internal/Transfer Disbursements: | $637.96 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 07-06247-EW | **Trustee Name:** | David R. Herzog |
| **Case Name:** | LLC, 270-280 90 | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***3939 | **Checking Acct #:** | ******0046 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 4/6/2007 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/1/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/07/2011 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $637.96 | | $637.96 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.03 | $636.93 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.03 | $635.90 |
| 03/14/2012 | 5001 | International Sureties | Bond Payment | 2300-000 | | $0.52 | $635.38 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.02 | $634.36 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.02 | $633.34 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.02 | $632.32 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.02 | $631.30 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.02 | $630.28 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.01 | $629.27 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.02 | $628.25 |
| 03/28/2013 | 5002 | International Sureties | Bond Payment | 2300-000 | | $1.13 | $627.12 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.01 | $626.11 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $0.97 | $625.14 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.00 | $624.14 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $0.97 | $623.17 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $613.17 |
| 09/05/2013 | | Bank of Texas | Reverse Bank Fee | 2600-000 | | ($10.00) | $623.17 |
| 04/02/2014 | 5003 | International Sureties | Bond Payment | 2300-000 | | $0.56 | $622.61 |
| 03/20/2015 | 5004 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $0.45 | $622.16 |
| 03/16/2016 | 5005 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $0.34 | $621.82 |
| 02/16/2017 | 5006 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $0.23 | $621.59 |
| 02/16/2017 | 5006 | VOID: Arthur B. Levine Company | Bond payment - void improper allocation | 2300-003 | | ($0.23) | $621.82 |
| 02/16/2017 | 5007 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $0.24 | $621.58 |
| 09/15/2017 | | Green Bank | Transfer Funds | 9999-000 | | $621.58 | $0.00 |
| | | | | **SUBTOTALS** | $637.96 | $637.96 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 07-06247-EW | **Trustee Name:** | David R. Herzog |
| **Case Name:** | LLC, 270-280 90 | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***3939 | **Checking Acct #:** | ******0046 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 4/6/2007 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/1/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $637.96 | $637.96 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $637.96 | $621.58 | |
| | | | **Subtotal** | | $0.00 | $16.38 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $16.38 | |

**For the period of 4/6/2007 to 3/1/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $637.96 |
| | |
| Total Compensable Disbursements: | $16.38 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16.38 |
| Total Internal/Transfer Disbursements: | $621.58 |

**For the entire history of the account between 11/07/2011 to 3/1/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $637.96 |
| | |
| Total Compensable Disbursements: | $16.38 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $16.38 |
| Total Internal/Transfer Disbursements: | $621.58 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 07-06247-EW | **Trustee Name:** | David R. Herzog |
| **Case Name:** | LLC, 270-280 90 | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***3939 | **Checking Acct #:** | ******4701 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 4/6/2007 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/1/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 09/15/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $621.58 | | $621.58 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.55 | $621.03 |
| 01/25/2018 | 5001 | David R. Herzog | Trustee Compensation | 2100-000 | | $621.03 | $0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $621.58 | $621.58 | $0.00 |
| **Less: Bank transfers/CDs** | $621.58 | $0.00 | |
| **Subtotal** | $0.00 | $621.58 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $621.58 | |

**For the period of 4/6/2007 to 3/1/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $621.58 |
| | |
| Total Compensable Disbursements: | $621.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $621.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/15/2017 to 3/1/2018**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $621.58 |
| | |
| Total Compensable Disbursements: | $621.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $621.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 07-06247-EW | **Trustee Name:** | David R. Herzog |
| **Case Name:** | LLC, 270-280 90 | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | **-***3939 | **Money Market Acct #:** | ******5865 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 4/6/2007 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/1/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 12/27/2007 | (3) | Ticor Title Insurance Company | Proceeds sale of 270-280 East 90th Drive | 1224-000 | $10,725.21 | | $10,725.21 |
| 01/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | $4.72 | | $10,729.93 |
| 02/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | $2.20 | | $10,732.13 |
| 02/29/2008 | | JP MORGAN CHASE | Federal Withholding | 2810-000 | | $0.61 | $10,731.52 |
| 03/12/2008 | 1001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-06247 | 2300-000 | | $8.99 | $10,722.53 |
| 03/12/2008 | 1001 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-06247 | 2300-003 | | ($8.99) | $10,731.52 |
| 03/12/2008 | 1002 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-06247 | 2300-000 | | $7.86 | $10,723.66 |
| 03/12/2008 | 1002 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-06247 | 2300-003 | | ($7.86) | $10,731.52 |
| 03/12/2008 | 1003 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #07-06247 | 2300-000 | | $7.86 | $10,723.66 |
| 03/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $1.99 | | $10,725.65 |
| 03/31/2008 | | JP MORGAN CHASE | Federal Withholding | 2810-000 | | $0.55 | $10,725.10 |
| 04/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | $1.49 | | $10,726.59 |
| 04/30/2008 | | JPMorgan Chase | Federal Interest Withheld | 2810-000 | | $0.41 | $10,726.18 |
| 05/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $1.34 | | $10,727.52 |
| 06/27/2008 | (1) | 270-280 East 90 LLC | Fund remaining in Debtor's Centier Account | 1110-000 | $16,358.93 | | $27,086.45 |
| 06/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $1.36 | | $27,087.81 |
| 07/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $3.44 | | $27,091.25 |
| 08/29/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $3.22 | | $27,094.47 |
| 09/30/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | $3.55 | | $27,098.02 |
| 10/20/2008 | 1004 | Bell, Boyd & Lloyd, LLP | Compensation pursuant to court order 12/23/08 (in lead case 06-08108) | 3210-000 | | $22,958.80 | $4,139.22 |
| 10/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | $2.12 | | $4,141.34 |
| 11/28/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | $0.32 | | $4,141.66 |
| | | | | **SUBTOTALS** | $27,109.89 | $22,968.23 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 07-06247-EW | **Trustee Name:** | David R. Herzog |
| **Case Name:** | LLC, 270-280 90 | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | **-***3939 | **Money Market Acct #:** | ******5865 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 4/6/2007 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/1/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 12/31/2008 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.29 | | $4,141.95 |
| 01/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.16 | | $4,142.11 |
| 02/27/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.15 | | $4,142.26 |
| 03/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.18 | | $4,142.44 |
| 04/14/2009 | 1005 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/14/2009 FOR CASE #07-06247 | 2300-000 | | $4.17 | $4,138.27 |
| 04/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.16 | | $4,138.43 |
| 05/29/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.16 | | $4,138.59 |
| 06/11/2009 | 1006 | K&L Gates LLP | Partial compensation per order date 4/8/09 (in lead case 06-08108) | 3210-000 | | $3,500.00 | $638.59 |
| 06/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.08 | | $638.67 |
| 07/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.02 | | $638.69 |
| 08/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.02 | | $638.71 |
| 09/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.02 | | $638.73 |
| 10/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.02 | | $638.75 |
| 11/30/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.02 | | $638.77 |
| 12/31/2009 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.02 | | $638.79 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.02 | | $638.81 |
| 02/08/2010 | 1007 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2010 FOR CASE #07-06247 | 2300-000 | | $0.52 | $638.29 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.02 | | $638.31 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.02 | | $638.33 |
| 04/06/2010 | | Wire out to BNYM account ********5865 | Wire out to BNYM account ********5865 | 9999-000 | ($638.33) | | $0.00 |

| | Deposit | Disbursement |
|---|---|---|
| **SUBTOTALS** | ($636.97) | $3,504.69 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 07-06247-EW | **Trustee Name:** | David R. Herzog |
| **Case Name:** | LLC, 270-280 90 | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | **-***3939 | **Money Market Acct #:** | ******5865 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 4/6/2007 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/1/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $26,472.92 | $26,472.92 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($638.33) | $0.00 | |
| | | | **Subtotal** | | $27,111.25 | $26,472.92 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $27,111.25 | $26,472.92 | |

**For the period of 4/6/2007 to 3/1/2018**

| | |
|---|---|
| Total Compensable Receipts: | $27,111.25 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,111.25 |
| Total Internal/Transfer Receipts: | ($638.33) |
| | |
| Total Compensable Disbursements: | $26,472.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26,472.92 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/27/2007 to 3/1/2018**

| | |
|---|---|
| Total Compensable Receipts: | $27,111.25 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,111.25 |
| Total Internal/Transfer Receipts: | ($638.33) |
| | |
| Total Compensable Disbursements: | $26,472.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26,472.92 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 07-06247-EW
**Case Name:** LLC, 270-280 90

**Primary Taxpayer ID #:** **-***3939
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 4/6/2007
**For Period Ending:** 3/1/2018

**Trustee Name:** David R. Herzog
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Money Market Acct #:** ******5865
**Account Title:** Money Market Account
**Blanket bond (per case limit):** $5,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $27,111.42 | $27,111.42 | $0.00 |

**For the period of 4/6/2007 to 3/1/2018**

| | |
|---|---|
| Total Compensable Receipts: | $27,111.42 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,111.42 |
| Total Internal/Transfer Receipts: | $1,259.54 |
| | |
| Total Compensable Disbursements: | $27,111.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27,111.42 |
| Total Internal/Transfer Disbursements: | $1,259.54 |

**For the entire history of the case between 04/06/2007 to 3/1/2018**

| | |
|---|---|
| Total Compensable Receipts: | $27,111.42 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $27,111.42 |
| Total Internal/Transfer Receipts: | $1,259.54 |
| | |
| Total Compensable Disbursements: | $27,111.42 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $27,111.42 |
| Total Internal/Transfer Disbursements: | $1,259.54 |

/s/ DAVID R. HERZOG

DAVID R. HERZOG